IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br>v.<br><br>REAL PROPERTY LOCATED AT 9227 PINEHAVEN DRIVE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 9636 GLENGREEN DRIVE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 9424 CEDAR RUN DRIVE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 7610 CONCORDIA LANE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 4104 O.B. CROWE DRIVE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 7514 RICE LANE, DALLAS, TEXAS;<br>REAL PROPERTY LOCATED AT 9804 WHISTLER DRIVE, DALLAS, TEXAS<br>　　　　Defendants *In Rem.* | Civil No.   3:14-CV-3265-G |

CERTIFICATE OF INTERESTED PERSONS

I, Brian D. Poe, counsel for Plaintiff United States of America, certify, pursuant to Local Rule 3.1(f) of the Northern District of Texas, that other than the Plaintiff and the known potential claimant, Linda Fantroy, I am currently unaware of any person, organization, or other legal entity who is financially interested in the outcome of this case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SARAH R. SALDAÑA
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　/s/ Brian D. Poe
　　　　　　　　　　　　　　　　　　　BRIAN D. POE
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

          State Bar of Texas No. 24056908
          1100 Commerce St., Suite 300
          Dallas, Texas   75242
          Telephone:   214.659.8670
          Email:        brian.poe@usdoj.gov

**Certificate of Interested Persons - Page 2 of 2**